UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEANDRO HERRERA RIVAS,

Petitioner,

v. Case No.: 2:26-cv-01204-SPC-NPM

WARDEN *et al.*,

Respondents.
______________________________/

**OPINION AND ORDER**

Before the Court are Leandro Herrera Rivas's Motion to Equitably Toll the EAJA Filing Period and Accept Petitioner's Application for Attorney's Fees and Expenses as Timely Filed (Doc. 15), his Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act (Doc. 16), and the government's Motion to Place Case in Abeyance (Doc. 17). Herrera Rivas is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The Court finds it appropriate to hold Herrera Rivas's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 17) is **granted**, and Herrera Rivas's motions (Docs. 15 and 16) are held in abeyance. If Herrera Rivas believes he is entitled to attorney fees under the EAJA following the Supreme Court's decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Herrera Rivas files a renewed motion, the government shall respond within 14 days. If Herrera Rivas does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record